**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MORGAN SCOTT** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CHEYNEY UNIVERSITY OF** | : | |
| **PENNSYLVANIA, et al.,** | : | **NO.  17-1681** |
| *Defendants.* | : | |

## <u>O R D E R</u>

**AND NOW, TO WIT:**  This 21st day of December, 2017, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

<u>S/Shelli L. MacElderry</u>
Shelli L. MacElderry for
Rose A. Barber
Deputy Clerk - Civil
For Judge Gene E.K. Pratter
267-299-7352

Copy sent by ECF to:
Gerald J. Williams
Beth G. Cole
Megan K. Kampf
Susanna Randazzo